**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7329**

———————

JASPER NAPOLEON BUCHANAN,

Plaintiff - Appellant,

versus

WILLIAM D. CATOE; RICKIE HARRISON; BONNIE
BURELLE BROWN; K. WHITE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Solomon Blatt, Jr., Senior District
Judge.  (CA-99-3185-08BD)

———————

Submitted:  February 8, 2001        Decided:  February 14, 2001

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jasper Napoleon Buchanan, Appellant Pro Se.  Robert Eric Petersen,
SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jasper Napoleon Buchanan appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Buchanan v. Catoe, No. CA-99-3185-08BD (D.S.C. Aug. 18, 2000). We deny Buchanan's motion to proceed under the Prison Litigation Reform Act and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2